***E-FILED *** 

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte              **REPORTER:** Summer Clanton

**DATE:** August 6, 2007                **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00434-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- ELMER OCHOA-ALVAREZ
            **APPEARANCES:**                                (P) (C)

**PLTF:** AUSA: B. Kennedy              **DEFT:** C. Lie
            **INTERPRETER:**                L. Acre

**COURT ACTION:** STATUS HEARING

Hearing Held. The government has tendered the defense with a fast-track offer. Defense needs time to investigate the case. The Court continued this matter to August 27, 2007 @ 9:00 am for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 8/27/07. Government to prepare exclusion order.


                                        */s/ Jackie Garcia*
                                          **JACKIE GARCIA**
                                         **Courtroom Deputy**