## CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Lee-Anne Shortridge

**DATE:** August 27, 2007          **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00434 RMW

**TITLE:** UNITED STATES OF AMERICA   -V- ELMER OCHOA-ALVAREZ

    **APPEARANCES:**          Present, in custody
    **INTERPRETER:**          Spanish - L. Arce
    PROBATION:

**PLTF:** AUSA: B. KENNEDY     **DEFT:** C. LIE

**COURT ACTION:** STATUS HEARING

**Hearing Held. Status Hearing Continued to 9/10/07 at 9:00 a.m. Time Excluded from 8/27/07 through 9/10/07 for effective defense preparation. Government to prepare order.**

                                                /s/ Corinne Lew
                                                **Corinne Lew**
                                                **Courtroom Deputy**