***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte           **REPORTER:** Lee-Anne Shortridge

**DATE:** September 10, 2007         **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00434-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- ELMER OCHOA-ALVAREZ
       **APPEARANCES:**                              (P) (C)

**PLTF:** AUSA: B. Kennedy            **DEFT:** C. Lie
         **INTERPRETER:**                  A. Negro

**COURT ACTION: STATUS HEARING**

**Hearing Held. The parties need additional time to negotiate a plea agreement. The Court continued this matter to 9/17/07 @ 9:00 am for Possible Disposition. The Court excluded for effective preparation. Time is excluded to 9/17/07. Government to prepare exclusion order.**

*/s/ Jackie Garcia*
   **JACKIE GARCIA**
   **Courtroom Deputy**