**\*E-FILED \***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte           **REPORTER:** Lee-Anne Shortridge

**DATE:** September 17, 2007           **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00434-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- ELMER OCHOA-ALVAREZ
         APPEARANCES:                                                 (P)(C)

**PLTF:** AUSA: B. Kennedy             **DEFT:** N. Humy for C. Lie
         Interpreter:                           L. Acre

**COURT ACTION:** STATUS HEARING

Hearing Held. The parties need additional time to workout a plea agreement. The Court continued this matter to 10/1/07 @ 9:00 am for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 10/1/07. Government to prepare exclusion order.


                                        /s/ Jackie Garcia
                                        **JACKIE GARCIA**
                                        **Courtroom Deputy**