***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Lee-Anne Shortridge

**DATE:** October 1, 2007          **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00434-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- ELMER OCHOA-ALVAREZ
     APPEARANCES:                               (P)   (C)

**PLTF:** AUSA: B. Kennedy          **DEFT:** C. Lie
          **INTERPRETER:**          L. Acre

**COURT ACTION: STATUS HEARING**

**Hearing Held. Defense counsel advised the Court that he needs time to discuss the defendant's legal options. The Court continued this matter to 10/15/07 @ 9:00 am for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 10/15/07. Government to prepare exclusion order.**

                    /s/ *Jackie Garcia*
                      **JACKIE GARCIA**
                  **Courtroom Deputy**