***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte        **REPORTER:** Lee-Anne Shortridge

**DATE:** October 15, 2007        **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00434-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- ELMER OCHOA-ALVAREZ
            APPEARANCES:                               (P)   (C)

**PLTF:** AUSA:B. Kennedy         **DEFT:** C. Lie
            INTERPRETER:                L. Acre

**COURT ACTION: DISPOSITION**

**Hearing Held.  The defendant made an open plea of guilt to Count 1 of the Information.**

**No plea agreement was executed.  The Court set a sentencing date of 1/7/08 @ 9:00 am.**

**The defendant shall remain in custody pending sentencing.**

                                    */s/ Jackie Garcia*
                                       JACKIE GARCIA
                                    **Courtroom Deputy**