Onorable Señoria reciba usted un cordial saludo al recibir esta declaracion por la misma quiero explicarle el motivo de la necesidad por la que me vi obligado a regresar a Estados Unidos.

Señor magistrado en año 2000 tube problema con los pandilleros o mara Salvatrucha ellos querian que yo perteneciera al grupo. Eran personas que habian sido deportados de EEUU y Formaron la mara Salvatrucha para tener el control de todo recibi un mensaje donde me ofrecian un alto puesto del grupo. yo les renuncie a todo lo que me mandaron ofrecer o que perteneciera a ese odioso grupo. recibi un mensaje de parte de unos de los Jefes de la mara si no pertenecia a la mara que me iuan a matar yo nunca pense que cumplieran con las amenasas, me persiguieron asta encontrarme y fui atacado Frutalmente por varios miembros de la mara, ellos pensaron que estaba muerto pero gracias a Dios Sobre vivi, al despertar me encontraba en el hospital con graves heridas en todo el cuerpo. tube varios dias en cuidados intencivos la mara se informaron que sobre vivi y fui perseguido nuevamente es cuando yo y mi familia decidimos que emigrara de Honduras a Estados unidos. en el año 2004 que fui devuelto a Honduras yo pense que se habian olvidado del problema, ellos tubieron informacion que yo me encontraba en Honduras fui nuevamente perseguido y obtuvieron la direccion donde vivia la casa fue atacada brutalmente destroyendo todo con arma de fuego es cuando mi mamá me obligo me obligo abandonar el pais de inmediato

y me comunique con la madre de mi hijo que cancelara el boleto de avion porque me encontrava en peligro. Señor Juez yo no queria regresar a Estados unidos. Yo no queria violar la ley de EEUU. mi mamá no me entendia del problema que afrentaba al regresar a este pais, mi mamá se encontraba muy desesperada me dijo que preferia verme lejos verme retirada de ellos que muerto mi hermano Alexi fue atacado por la mara Sal. el es guarde espalda del Presidente del congreso nacional de Honduras. y obtuvido varios arresto de miembro de la mara. mi hermano Danery es teniente de la policía a obtenidos varios arrestos de grandes Jefes de mara Salvatrucha y la 18. toda esta informacion que le estoy dando le explico cual fue el motivo de regresar a EEUU espero que usted me entienda. que es mi vida que esta y estara en peligro.
Señor Juez estoy muy arrepentido ver regresado a EEUU le pido una disculpa por ver desovedecido y violar la ley de regresar si usted me da una oportunidad le prometo suceda lo que suceda con mi vida no regresarle a EEUU.
Señor Juez quiero explicarle sobre la madre de mis hijos, ella ya tiene nueva relacion pero hable con ella. me dijo que mis hijos me los prestaba para poderlos ver. asi no regresar a EEUU. todo este tiempo que estado en carcel estado organisando mis ideas y ver muchas cosas buenas que hay en mi pais empesando por mis padres que me quieren mucho y que se encuentran solo y enfermos y de muy abansada edad.
Señor Juez le pido que me de una oportunidad

Para volver pronto a mi Pais y serme cargo de mis Padre. Primeramente le pido perdon a Dios y a usted señor Juez y a todo el gobierno de Estados unidos por verme portado mal en su Pais

I want to explain to you the motive that obligated me to return to the U.S.

    Mr. Magistrate, in 2000 I had problems with some gang members or mara salvatrucha. They wanted me to become a member. They were people who had been deported from the U.S. and formed the mara salvatrucha so they could be in control of everything. I received a message where they offered me a high position within this group. I refused all the offers made to me to join this hateful group. I received a message from the head of the group that if I didn't join the group they were going to kill me. I didn't think they would follow through on their threats; they followed me many times until one day they cornered me and I was attacked by several gang members. They thought I was dead. By the grace of God I survived. I woke up in the hospital with major injuries to my body. I was in intensive care for several days. The mara found out I was still alive and again began to search for me. That is when my family decided that I should immigrate from Honduras to the U.S.

    In 2004 when I was sent back to Honduras I thought they would have forgotten about me. They had received information that I was back and they once again sought me out. They even had the address of where I was living at. The house was attacked by bullets and destroyed everything. That was when my mother obligated me to leave that country immediately. I was able to communicate to the mother of my child to cancel her plane ticket because I was in a dangerous situation. Your Honor, I did not want to come back to this country and violate the law. My mother didn't understand the trouble I would encounter in returning back to the U.S. My mother was very desperate and said that she would rather see me move far away from them than to see me dead. My brother Alexi was also attacked by the mara and he is a body guard for the National Congressional President of Honduras and has made many arrest of various gang members. My brother Danery is Lieutenant of the police department and has also obtained arrest of leaders from the mara saluatrucha as well as the 18. All this information that I am providing to you is my motive for returning to this country, I hope that you will understand that it is my life that is in and will continue to be in danger.

    Your Honor, I regret coming to the U.S. and I ask for your forgiveness for disobeying and violating the law by returning. If you give me an opportunity I promise you that whatever happens to my life will happen and I will not return to the U.S.

    Your Honor, I wanted to talk to you regarding the mother of my children. She already is in a new relationship but I recently spoke with her and she said she would let them visit so that I wouldn't have to come to the U.S. All this time that I've spent in jail I've had time to organize my thoughts and realize that there is much good in my country starting with my parents who love me so much and are alone, elderly and poor health.

    Your Honor, I beg of you to give me an opportunity to return quickly to my country and assume responsibility of my parents. First off I want to ask God for forgiveness and to you your Honor and that of the government of the United States for breaking the law of this country.