

# CARTA PODER

YO: AURORA ALVAREZ, mayor de edad, soltera, ama de casa, Hondureña y del domicilio de Esquías, departamento de Comayagua y en transito por esta ciudad, Portadora de la Tarjeta de Identidad Numero 0304-1941-00038, actuando en mi condición de madre del joven ELMER EVELIO OCHOA ALVAREZ, quien actualmente se encuentra en San Francisco, California, Estados Unidos de Norteamérica; Por este medio confiero PODER amplio, bastante y suficiente en cuanto a derecho corresponda y fuere necesario a la señora MICAELA BERRIOS, mayor de edad, soltera, ama de casa, y del domicilio de San Francisco California, Estados Unidos de California; Para que en mi nombre y representación ejecute los siguientes actos: a) La faculta para que interceda ante la Juez que conoce la causa de mi hijo ELMER EVELIO OCHOA ALVAREZ, en virtud de que como madre fue la que mande a mi hijo a los Estados Unidos de Norteamérica, obligada ya que mi hijo corría peligro, pues era perseguido por las marras, ya que por la forma de vestirse pensaban que era miembro de alguna mara, y también debido a la situación económica precaria en que se vive en este país el padre de mi hijo está muy enfermo, le dio un derrame cerebral, está en estado vegetativo, y soy la única persona que trabaja para la manutención mía y de mis otros hijos.- b) La faculta para que en mi nombre y representación le implore a la señora juez que deje a mi hijo permanecer en los Estados Unidos de Norteamérica, aunque sea por un corto tiempo, mientras de acá en honduras, se celebra las elecciones y con la esperanza de que don PORFIRIO LOBO combata la delincuencia y termine con las marras; c) Lo faculta para que comparezca ante cualquier persona natural o jurídica, particular o de derecho publico que su presencia sea necesario para lograr el fin de este mandato.- Tales gestiones las pueda realizar la señora MICAELA BERRIOS, como si estuviera yo presente, para lo cual le confiero todas las facultades generales y



especiales del mandato administrativo, especialmente la faculta de percibir consignadas en el artículo Número 53 y 57 de la Ley de Procedimientos Administrativos

Tegucigalpa, DISTRITO CENTRAL, HONDURAS, CENTRO AMERICA, 30 de Septiembre del año 2005.

*[signature and seal]*

AURORA ALVAREZ

[CIRCULAR ILLEGIBLE STAMP]

## *POWER OF ATTORNEY*

I, AURORA ALVAREZ, of legal age, single, homemaker, Honduran, and domiciled in Esquías, Department of Comayagua, and in transit through this City, bearer of Identification Card number 0304-1941-00038, acting in my capacity as the mother of ELMER EVELIO OCHOA ALVAREZ, a young man, who is currently in San Francisco, California, United States of America, DO HEREBY GRANT AMPLE, APPROPRIATE, AND SUFFICIENT POWER OF ATTORNEY, as permitted by law and as may be deemed necessary, to MRS. MICAELA BERRIOS, of legal age, single, homemaker, and domiciled in San Francisco, California, United States of America, so that in my name, place and stead, she may carry out the following acts:

a) She is hereby authorized to intercede on my behalf with the Judge before whom the case of my son (ELMER EVELIO OCHOA ALVAREZ) will be heard, given that, as his mother, it was I who sent my son to the United States of America, forced to do so because he was at risk due to persecution by gangs [the maras] that believed he was a member of some gang because of the way he dressed; and also because of the dire financial situation under which one lives in this country; [because] the father of my son is very ill, he suffered a brain hemorrhage and is in a vegetative state, and I'm the only one working to support myself and the rest of my children.-

b) She is hereby authorized so that in my name, place and stead, she may implore the Judge to let my son remain in the United States of America, even if only for a short time, while elections in Honduras are held, and in hopes that Mr. PORFIRIO LOBO will be able to combat delinquency and root out these gangs.-

c) She is hereby authorized to appear before any natural or legal entities, private or public law institutions, that may require her to appear before them to fulfill the intention of this mandate.-

[ILLEGIBLE CIRCULAR STAMP; HANDWRITTEN INITIALS:] CD

Said acts may be carried out by MRS. MICAELA BERRIOS, as if I were present, and I therefore confer upon her all the general and special powers of this administrative mandate, especially vesting upon her the authority to act as per articles number 53 and 57 of the Code of Administrative Procedure.

Tegucigalpa, CENTRAL DISTRICT, HONDURAS, CENTRAL AMERICA, SEPTEMBER 30 OF 2005.

[CIRCULAR STAMP:**]
[ILLEGIBLE UPPER PORTION]                    [SIGNATURE]:
[*CENTER:]                                   AURORA ALVAREZ
ATTORNEY AND NOTARY
[*LOWER PORTION:]                            [TYPEWRITTEN NAME]:
HONDURAS, CENTRAL AMERICA                    AURORA ALVAREZ