**\*E-FILED \***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Lee-Anne Shortridge

**DATE:** February 25, 2008          **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00434-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- ELMER OCHOA-ALVAREZ
         **APPEARANCES:**                              (P) (C)

**PLTF:** AUSA: B. Kennedy          **DEFT:** C. Lie
**PROBATION OFFICER:** L. Timmons   **INTERPRETER:** L. Acre

**COURT ACTION: DISPOSITION/SENTENCING**

Hearing Held. The defendant plead guilty to Count 1 of the Information. A Plea Agreement was executed in open court. The Court sentenced the defendant to the custody of the B.O.P. for a period of 21 months. Upon release from custody, the defendant shall be placed on supervised release for a period of 3 years. The defendant is ordered to pay a special assessment in the amount of $100, which shall be due immediately. The Court did not impose a fine. See Judgment for specifics.

                                  */s/ Jackie Garcia*
                                  **JACKIE GARCIA**
                                  **Courtroom Deputy**